[No. 45943-4-II. Division Two. December 2, 2014.]

THOMAS WILLIAM SINCLAIR RICHEY, *Appellant*, v. SANDRA DIMMEL, *Respondent*.

Appeal from a judgment of the Superior Court for Clallam County, No. 13-2-00019-1, George L. Wood, J., entered March 15, 2013. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 30944-4-III. Division Three. December 2, 2014.]

THE STATE OF WASHINGTON, *Appellant*, v. JOSE RUIZ-ALCALA, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 11-1-01137-8, Blaine G. Gibson, J., entered May 25, 2012. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Lawrence-Berrey, J.; Korsmo, J., concurring in the result only.

[No. 31139-2-III. Division Three. December 2, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN L. SANDERS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-1-00937-7, Kathleen M. O'Connor, J., entered September 11, 2012. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 31710-2-III. Division Three. December 2, 2014.]

TABRINA MCBRIDE, *Respondent*, v. THOMAS WEILER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-2-00277-9, Linda G. Tompkins, J., entered May 24, 2013. *Reversed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Fearing, J.